# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO AMADOR, et al.,<br><br>Defendants. | Case No. 1:21-cv-00281-DAD-EPG<br><br>ORDER GRANTING MOTION TO RETURN THIS CASE TO THE COURT'S ACTIVE DOCKET<br><br>(ECF No. 8) |

Plaintiff commenced this action on February 26, 2021, alleging violations of the Americans with Disabilities Act and the Unruh Civil Rights Act. (ECF No. 1). On April 7, 2021, and with no Defendant having appeared in the case, Plaintiff filed a notice of settlement and request to vacate all currently set dates, stating that "a global settlement ha[d] been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy." (ECF No. 6). Accordingly, the Court entered a minute order, vacating any and all pending deadlines and hearings and directing the parties to file the appropriate dismissal documents no later than June 4, 2021. (ECF No. 7).

On June 4, 2021, Plaintiff filed a notice of inability to consummate the settlement, requesting that the Court return the case to its active calendar. (ECF No. 8). As grounds, Plaintiff states that, since the date of the settlement, Plaintiff has worked with Defendants to finalize a

1

settlement agreement, but in recent months, it has been difficult to contact them for purposes of finalizing the settlement, resulting in "the extraordinary delay in the finalization of the settlement agreement." (*Id.* at 1-2).

Because "[a] request for a court order must be made by motion," the Court construes the notice filing as a motion to return this case to the Court's active docket. Fed. R. Civ. P. 7(b)(1). Given Plaintiff's representations regarding the inability to finalize the settlement in this case, the Court will return the case to the active docket.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion to return this case to the Court's active docket (ECF No. 8) is granted.
2. The Court vacates the parties' requirement to submit dismissal documents and returns the case to the active docket.
3. All parties are required to attend a formal telephonic scheduling conference on July 20, 2021, at 10 a.m. before United States Magistrate Judge Erica P. Grosjean. To join the telephonic conference, each party shall dial 1-(888) 251-2909 and enter access code 1024453.
4. A joint scheduling report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the scheduling conference and shall be emailed in Word format to epgorders@caed.uscourts.gov. The joint scheduling report shall indicate the date, time, and courtroom of the scheduling conference. This information is to be placed opposite the caption on the first page of the report.
5. Plaintiff's counsel shall also serve a copy of this order on the defendants, or, if identified, on their counsel, promptly upon receipt of this order. Thereafter, Plaintiff shall file an appropriate proof of such service with the Court, in compliance with Rule 135 of the Local Rules for the Eastern District of California.

\\\
\\\
\\\
\\\

6. All unmodified provisions of this Court's prior order setting a scheduling conference (ECF No. 4) remain in effect and the parties are directed to review that order prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**June 8, 2021**__  /s/ *Eric P. Groj*
UNITED STATES MAGISTRATE JUDGE