# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO AMADOR, et al.,<br><br>Defendants. | Case No. 1:21-cv-00281-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL<br><br>(ECF NO. 16) |

On July 26, 2021, Plaintiff George Avalos filed a notice of voluntary dismissal (ECF No. 16), without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment. Accordingly, the Clerk of Court is respectfully directed to vacate all pending deadlines and to close the case.

IT IS SO ORDERED.

Dated: **July 28, 2021**            /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE

1